**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JACINTO OROZCO VILLEGAS,

Plaintiff

v.

KRISTI NOEM, et al.,

Defendants

Case No.: 2:25-cv-00995-APG-MDC

**Order Dismissing Case for Failure to Timely Serve Any Defendant**

Plaintiff Jacinto Orozco Villegas filed this action in June 2025. ECF No. 1. He did not file proof of service for any defendant, so on June 18, 2026, the clerk of court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m). ECF No. 10. In response, Villegas filed several documents meant to show proof of service as to some defendants. ECF Nos. 11; 11-1; 11-2; 11-3; 11-4. Villegas did not show that he timely served any defendant and did not show good cause for his failure to timely serve, so I ordered him to show cause why this case should not be dismissed for failure to timely serve the defendants. ECF No. 13. I ordered Villegas to show how service was timely and properly made as to each defendant. *Id.*

Villegas's counsel responded by asserting that he did not attempt service earlier because he did not realize the complaint had been "accepted" by the court, and that "after discovering the Complaint had already been accepted by the Court without notice to [counsel], [counsel] immediately served the Complaint and Summons on the Defendants on January 12, 2026." ECF No. 14 at 9. He argues that good cause and lack of prejudice to the defendants support extending the 90-day service period.

The complaint was filed in June 2025 with an application for leave to proceed in forma pauperis. ECF Nos. 1; 1-1. On September 8, 2025, Villegas paid the filing fee in full as

documented by a receipt filed on the docket, the complaint was filed separately on the docket, and the court issued the summonses at that time. ECF Nos. 6-8. Counsel was notified of each of these filings through the court's notices of electronic filing at the email address help@azteclegalgroup.com, which is the same email address that my order to show cause was sent to. Thus, it was unclear what Villegas's counsel meant by stating he had no notice from the court. Nor did he explain what happened in January that made him decide that the court had "accepted" the complaint because no other documents were filed in this case between September and January. Indeed, nothing happened in the case until June 2026, when the clerk of court filed the notice of intent to dismiss under Federal Rule of Civil Procedure 4(m).

Villegas's counsel did not adequately explain the delay between September 2025 and January 2026 or what he meant by the court having "accepted" the complaint without notifying him. Nor did he attach proof of the certified mailings that he sent on January 12, 2026. And he did not comply with my order to show how service was timely and properly made for each defendant. I thus dismissed defendants Patrick Lechleitner and the Warden of the Henderson Detention Center, and gave Villegas another opportunity to show cause why each remaining defendant should not be dismissed or, alternatively, to argue why the deadline to serve should be extended so that proper service can be made on each defendant. I specifically advised Villegas that he "must address (1) the delay between September 2025 when the filing fee was paid, the complaint was filed, and the summons were issued, and January 2026; (2) attach any certified mail receipts and returns; and (3) state how each remaining defendant was properly served under Federal Rule of Civil Procedure 4." ECF No. 15 at 3.

Villegas' response consists of nothing except certified mail receipts. ECF Nos. 16; 16-1. He therefore has failed to adequately respond to my order, has not established proper and timely

service on any defendant, and has not shown good cause to extend the service deadline. Consequently, I dismiss his claims for lack of service.

I THEREFORE ORDER that plaintiff Jacinto Orozco Villegas' claims against all remaining defendants are dismissed without prejudice for failure to timely serve them. The clerk of court is instructed to close this case.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE